

# Fourth Court of Appeals
## San Antonio, Texas

September 27, 2018

No. 04-18-00657-CV

**IN THE INTEREST OF J.W., A CHILD**,

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-23182
Honorable Rosie Alvarado, Judge Presiding

## O R D E R

A filing fee of $205.00 was due when this appeal was filed but it was not paid. *See* TEXAS SUPREME COURT ORDER REGARDING FEES CHARGED IN THE SUPREME COURT, IN CIVIL CASES IN THE COURTS OF APPEALS, AND BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION (Misc. Docket No. 15-9158, Aug. 28, 2015). The clerk of the court notified appellant of this deficiency in a letter dated September 13, 2018. The fee remains unpaid. Rule 5 of the Texas Rules of Appellate Procedure provides:

> A party who is not excused by statute or these rules from paying costs must pay – at the time an item is presented for filing – whatever fees are required by statute or Supreme Court order. The appellate court may enforce this rule by any order that is just.

TEX. R. APP. P. 5.

We therefore **order** appellant, **not later than October 8, 2018** to either (1) pay the applicable filing fee, or (2) provide written proof to this court that she is indigent or otherwise excused by statute or the Texas Rules of Appellate Procedure from paying the fee. *See* TEX. R. APP. P. 20.1 (providing that indigent party who complies with provisions of that rule may proceed without advance payment of costs). If appellant fail to respond satisfactorily within the time ordered, this appeal will be dismissed. *See* TEX. R. APP. P. 42.3.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of September, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court